# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 15-20386
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**

August 19, 2015

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

HERIBERTO LATIGO,

Defendant-Appellant

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:15-CR-295-1

Before KING, CLEMENT, and OWEN, Circuit Judges.

PER CURIAM:*

Heriberto Latigo appeals from the district court's denial of his motion to revoke the magistrate judge's order of detention pending his trial on criminal stalking charges. *See* 18 U.S.C. §§ 3142, 3145. Under Rule 9(a)(1) of the Federal Rules of Appellate Procedure, a "district court must state in writing, or orally on the record, the reasons for an order regarding the release or detention of a defendant in a criminal case." To date, the district court has not

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 15-20386

given its reasons for denying Latigo's motion.  Accordingly, IT IS ORDERED that this matter is REMANDED to the district court for the limited purpose of obtaining written reasons for the denial of Latigo's motion to revoke the order of detention.